PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

Feb 28, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>THE PREMISES LOCATED AT 11819 YOSEMITE BLVD., UNIT #3, WATERFORD, CA 95836;<br><br>A SILVER 2000 FORD 350: VIN IFTSX31F8YEC53929 BEARING CALIFORNIA LICENSE PLATE 20028N3, REGISTERED TO JEREMY WAYNE PATRICK;<br><br>A WHITE 2001 CHEVROLET SILVERADO: VIN 2GCEC19T411210915, REGISTERED TO CHRISTINA PATRICK. | CASE NO: 2:22-SW-0599 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed. The redacted copy of the Affidavit provided by the United States shall be available to the general public and relevant prosecutor office(s) may provide the unredacted copy of the Affidavit to defense counsel as necessary to comply with discovery obligations.

Dated:  February 28, 2023

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS